Chautauqua Patrons Ins. Co. v Styles (2023 NY Slip Op 03595)

Chautauqua Patrons Ins. Co. v Styles

2023 NY Slip Op 03595

Decided on June 30, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 30, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., PERADOTTO, BANNISTER, MONTOUR, AND GREENWOOD, JJ.

319 CA 22-01403

[*1]CHAUTAUQUA PATRONS INSURANCE COMPANY, PLAINTIFF-APPELLANT,
v
RYAN STYLES AND JEFF B. GUSTAFSON, DEFENDANTS-RESPONDENTS. (APPEAL NO. 2.) 

HURWITZ & FINE, P.C., BUFFALO (SCOTT D. STORM OF COUNSEL), FOR PLAINTIFF-APPELLANT. 
LAW OFFICE OF ANDREW J. STIMSON, AMHERST (ANDREW J. STIMSON OF COUNSEL), FOR DEFENDANT-RESPONDENT RYAN STYLES. 
STEVE BOYD, P.C., WILLIAMSVILLE (LEAH COSTANZO OF COUNSEL), FOR DEFENDANT-RESPONDENT JEFF B. GUSTAFSON. 

 Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered August 29, 2022. The order, among other things, granted plaintiff's motion seeking leave to reargue and, upon reargument, adhered to a prior determination. 
Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on June 2, 2023,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: June 30, 2023
Ann Dillon Flynn
Clerk of the Court